IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-1305-CYC

**STEPHEN FINK,**

    Plaintiff,

v.

**THE CITY AND COUNTY OF DENVER, a Colorado municipal corporation,**

    Defendant.

## JOINT STATUS REPORT

The parties, by and through their respective counsel of record, submit this Joint Status Report pursuant to the Court's minute order of December 3, 2025 [ECF 138], as follows:

    1.    The parties have reached a tentative settlement agreement.

    2.    Pursuant to the Court's order referring the matter to Judge Maritza Dominguez Braswell for a settlement conference [ECF 137], the parties contacted the judge's chambers and were advised that the earliest available mediation date would be December 2, 2025.

    3.    Because of the fast-approaching trial date and related pre-trial deadlines, the parties agreed to explore private mediation for an earlier date, and the parties attended a settlement conference at JAMS with Judge Michael Martinez, retired, on November 18, 2025.

    4.    The parties reached a tentative settlement agreement that is currently pending official approval by Denver's City Council. Assuming such approval will be

obtained, the parties expect that the matter will be fully settled and ready for dismissal sometime in the month of January 2026.

Dated: December 4, 2025

*s/ Danielle C. Beem*
Clifford Lee Beem
A. Mark Isley
Danielle C. Beem
Beem & Isley, P.C.
730 17th Street, Suite 850
Denver, Colorado 80202
Phone: (303) 894-8100
clbeem@beemlaw.net
amisley@beemlaw.net
dcbeem@beemlaw.net

S. Birk Baumgartner
Daniel C. Mossinghoff
Baumgartner Law, LLC
730 17th Street, Suite 340
Denver, Colorado 80202
Phone: (303) 529-3476
birk@baumgartnerlaw.com
daniel@baumgartnerlaw.com

*Counsel for Plaintiff*

*s/ Sophia Fernald*
Sophia Fernald
Ashley McCall Kelliher
David Murphy
Denver City Attorney's Office
Civil Litigation Section
201 W. Colfax Ave., Dept. 1108
Denver, Colorado 80202-5332
Phone: (720) 913-3100
Sophia.fernald@denvergov.org
Ashley.kelliher@denvergov.org
David.murphy@denvergov.org

*Counsel for Defendant*