IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1305-CYC

STEPHEN FINK,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a Colorado municipal corporation;
DOES 1-20, in their individual and official capacities and whose names are unknown;
OFFICER CHRISTOPHER GERGITS, in his official capacity

    Defendants.

## JOINT MOTION TO CONTINUE TRIAL PREPARATION CONFERENCE AND TRIAL

The parties, by and through undersigned counsel, submit the following Joint Motion to Continue the Trial Preparation Conference and Trial, as follows:

1. On November 18, 2025, the parties participated in mediation and entered into a tentative settlement agreement. *See* Joint Status Report [ECF 139].

2. Defense counsel is in the process of obtaining official approval of the settlement from Denver City Council so that final dismissal documents may be filed.

3. The parties anticipate that final dismissal documents will be able to be filed by sometime in January 2026.

4. The Trial Preparation Conference in this matter is set for December 30, 2025.

5. Trial is set to begin on January 12, 2026.

6.    In light of the tentative settlement, and in accordance with the Court's December 11, 2025 Minute Order [ECF 140], the parties respectfully request that the Trial Preparation Conference, scheduled trial, and all related deadlines be continued, pending final approval of the settlement and filing of dismissal documents.

WHEREFORE, the parties request that the Trial Preparation Conference, trial, and all related deadlines be continued, pending final approval of the settlement and filing of dismissal documents.

Dated this 11th day of December 2025.

Respectfully submitted,

| | |
|---|---|
| *s/A. Mark Isley* | *s/Sophia Fernald* |
| Clifford Lee Beem | Sophia Fernald |
| A. Mark Isley | Ashley McCall Kelliher |
| Danielle C. Beem | David Murphy |
| Beem & Isley, P.C. | Denver City Attorney's Office |
| 730 17th Street, Suite 850 | Civil Litigation Section |
| Denver, Colorado 80202 | 201 W. Colfax Ave., Dept. 1108 |
| Phone: (303) 894-8100 | Denver, Colorado 80202-5332 |
| clbeem@beemlaw.net | Phone: (720) 913-3100 |
| amisley@beemlaw.net | Sophia.fernald@denvergov.org |
| dcbeem@beemlaw.net | Ashley.kelliher@denvergov.org |
| | David.murphy@denvergov.org |
| | *Counsel for Defendant* |
| S. Birk Baumgartner | |
| Daniel C. Mossinghoff | |
| Baumgartner Law, LLC | |
| 730 17th Street, Suite 340 | |
| Denver, Colorado 80202 | |
| Phone: (303) 529-3476 | |
| birk@baumgartnerlaw.com | |
| daniel@baumgartnerlaw.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I certify that on this 11th day of December 2025, the foregoing document, **JOINT MOTION TO CONTINUE TRIAL PREPARATION CONFERENCE AND TRIAL,** was filed with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following:

Clifford L. Beem, Esq.
A. Mark Isley, Esq.
Danielle C. Beem, Esq.
BEEM & ISLEY, P.C.
clbeem@beemlaw.net
amisley@beemlaw.net
dcbeem@beemlaw.net

S. Birk Baumgartner, Esq.
Daniel C. Mossinghoff
BAUMGARTNER LAW, L.L.C.
birk@baumgartnerlaw.com
daniel@baumgartnerlaw.com
*Counsel for Plaintiff*

*s/ Michele Imes*
Denver City Attorney's Office